# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

|  |  |
|---|---|
| **MAXIM OLEGOVICH TULKOFF,** |  |
| Petitioner, | **ORDER** |
| v. | SA CV 26-01464-VBF-DTB |
| ERNESTO SANTACRUZ *et al.*, | **Denying TRO Application [Doc #2] Without Prejudice** |
| Respondents. |  |

Yesterday, June 9, 2026, petitioner's counsel filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. sec. 2241 and an application for a temporary restraining order ("TRO"). CM/ECF Docs 1 and 3.  Later that same day, the Clerk's Office promptly issued a Notice of General Order 26-05 and Briefing Schedule (Doc 5).

According to the Schedule (Doc 5 at 2 paragraph three), respondents must file an answer to the habeas petition within seven days, i.e., no later than Tuesday, June 16, 2026. Petitioner must file his reply, if any, within three days, i.e., by Friday, June 19, 2026.

The Court places significance on the substantially expedited briefing schedule ordered by the Magistrate Judge, and the expedited consideration that the Magistrate Judges in our District accord to section 2241 habeas petitions where the petitioner initially seeks a TRO and seems to present some colorable allegation of urgency.  The Court finds that taken together, the substantially expedited briefing schedule and the anticipated expedited

consideration of those briefs obviate any need to proceed by way of TRO for the time being. *See* General Order 26-05 filed April 1, 2026 (Doc 4 at 5):

> The standard scheduling order is intended to provide a prompt resolution to habeas petitions *and reduce the contemporaneous filing of applications for a temporary restraining order [TRO]*. Applications for [TROs] should be reserved for cases where the petitioner alleges imminent, irreparable harm that cannot be addressed . . . by expediting the briefing schedule.") (italics added).

Doc 4 at 5 (italics added).  Accordingly, the Court orders as follows:

**Petitioner's application for a TRO [Doc #3] is DENIED without prejudice.**
The case remains open and referred to the Magistrate Judge.
IT IS SO ORDERED.

Dated: June 10, 2026

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge

2